# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) NO. CR 05-1231-TUC-FRZ (CRP) |
| | ) |
| vs. | ) ORDER |
| | ) |
| Mark Keirson Schnurman, | ) |
| Defendant(s). | ) |
| | ) |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Unlawful Arrest and Search [Doc #34] and Motion to Suppress Unlawful Identification [Doc #33].

On October 18, 2005, Magistrate Judge Charles R. Pyle conducted a hearing and on October 28, 2005 issued his Report and Recommendation. [Doc #54] A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that Defendant's Motion to Suppress Unlawful Arrest and Seizure [Doc #34] and Motion to Suppress Unlawful Identification [Doc #33] are DENIED.

DATED this 2nd day of December, 2005.

FRANK R. ZAPATA
United States District Judge